1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Moreno

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   CASE NO. 08MJ8142
                                    )
11             Plaintiff,            )
                                    )
12 v.                                )
                                    )   **NOTICE OF APPEARANCE**
13 ARTURO MORENO, JR.,               )
                                    )
14                                   )
               Defendant.            )
15 _____ )

16
         Pursuant to implementation of the CM/EMF procedures in the Southern District of
17
   California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
18
   attorney in the above-captioned case.
19
                                              Respectfully submitted,
20

21
   Dated:  February 20, 2008                   /s/ *STEPHEN D. DEMIK*
22                                            Federal Defenders of San Diego, Inc.
                                              Attorneys for Defendant
23                                            Stephen_Demik@fd.org

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: February 20, 2008        /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Stephen_Demik@fd.org (email)