FILED

08 FEB 27 PM 4:53

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0546 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) – Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) – Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
| JESUS ORTIZ (1), ARTURO MORENO (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about February 13, 2008, within the Southern District of California, defendants JESUS ORTIZ and ARTURO MORENO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Erik Esquivel Prado, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

WDK:fer:Imperial
2/25/08

Count 2

On or about February 13, 2008, within the Southern District of California, defendants JESUS ORTIZ and ARTURO MORENO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Erik Esquivel Prado, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

Count 3

On or about February 13, 2008, within the Southern District of California, defendants JESUS ORTIZ and ARTURO MORENO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Veronica Perez Castilleja, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//

## Count 4

On or about February 13, 2008, within the Southern District of California, defendants JESUS ORTIZ and ARTURO MORENO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Veronica Perez Castilleja, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: February 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney