# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  08CR546 BEN
                        )                 08 mj 8142
vs                      )   ABSTRACT OF ORDER
                        )
                        )   Booking No. _____
Arturo Moreno           )
                        )
                        )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2-22-08__ the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ __15,000 PAB__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                              [signature]
                                    UNITED STATES MAGISTRATE JUDGE

                                              OR
Received _____                W. SAMUEL HAMRICK, JR.  Clerk
         DUSM                         by
                                              Deputy Clerk

Crim-9  (Rev 6-95)                           ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY