1  STEPHEN D. DEMIK
   California Bar No. 221167
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4             687-2666 Fax

5  Attorneys for Defendant Moreno

6

7

8                     UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                (HONORABLE ROGER T. BENITEZ)

11  UNITED STATES OF AMERICA,        )   Criminal No. 08CR0546-RTB
                                     )
12              Plaintiff,           )   **ACKNOWLEDGMENT**
                                     )   **OF NEXT COURT DATE**
13  v.                               )
                                     )
14  ARTURO MORENO,                   )
                                     )
15              Defendant.           )
                                     )

16

17       I, Arturo Moreno, hereby acknowledge that my next court date to appear on April 14, 2008,

18  at 2:00 p.m. in the United States District Court for the Southern District of California.

19       I declare that the foregoing is true and correct.

20

21  Dated:  3-25-08                          ARTURO MORENO

22

23

24

25  N:\SDD\prior stuff\Ack.wpd

26

27

28

1

## CERTIFICATE OF SERVICE

2

3              Counsel for Defendant certifies that the foregoing is true and accurate to the best information

4      and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

5              Courtesy Copy to Chambers

6              Copy to Assistant U.S. Attorney via ECF NEF

7              Copy to Defendant

8

9      Dated:  March 27, 2008                              /s/ STEPHEN D. DEMIK
                                                          Federal Defenders of San Diego, Inc.
10                                                        225 Broadway, Suite 900
                                                          San Diego, CA  92101-5030
11                                                        (619) 234-8467  (tel)
                                                          (619) 687-2666  (fax)
12                                                        Stephen_Demik@fd.org (email)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28