**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Mr. Moreno, Jr.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE ROGER T. BENITEZ**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **08CR0546-RTB** |
| Plaintiff, | DATE: June 2, 2008<br>TIME: 2:00 p.m. |
| v. | NOTICE OF MOTION AND MOTION TO SHORTEN TIME |
| **ARTURO MORENO, JR.**, | |
| Defendant. | |

The defendant, by and through counsel, moves this Court for an order shortening time in his Motions as listed in the attached documents eleven (11) days to be heard June 2, 2008 at 2:00 p.m. or as soon as counsel may be heard for the following reasons:

Counsel was out ill.

Respectfully submitted,

Dated: May 22, 2008        */s/ STEPHEN D. DEMIK*

Federal Defenders of San Diego, Inc.
Attorneys for Mr. Moreno Jr.
Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: May 22, 2008            */s/ STEPHEN D. DEMIK*
                               STEPHEN D. DEMIK
                               Federal Defenders of San Diego, Inc.
                               225 Broadway, Suite 900
                               San Diego, CA  92101-5030
                               (619) 234-8467  (tel)
                               (619) 687-2666  (fax)
                               Stephen_Demik@fd.org (email)