FILED

2008 JUN 17 PM 1:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____YNK_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**ARTURO MORENO, JR.**,  )<br>  )<br>Defendant.  )<br>  ) | Criminal No. **08CR0546-RTB**<br><br>[~~PROPOSED~~] ORDER AUTHORIZING THE INSPECTION AND PRESERVATION OF EVIDENCE |

Upon application of the defendant, Arturo Moreno, Jr., and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Department of Customs and Border Protection (CBP) and/or its representatives, including fines, Penalties and Forfeitures preserve and make available for inspection by the defense (at a time convenient to all parties) the 1999 Chrysler CV, any cell phone(s), personal property, and other related evidence seized in this case. CBP is further ordered to permit the parties in this case to inspect and photograph the vehicle.

DATED: 6/16/08

HON. ROGER T. BENITEZ
United States District Judge

08CR0546-RTB