1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4

5  Attorneys for Mr. Moreno, Jr.

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  (**HONORABLE ROGER T. BENITEZ**)

11
                                              )   CASE NO. **08CR0546-RTB**
12                                            )
    UNITED STATES OF AMERICA,                 )   DATE:        June 2, 2008
13                                            )   TIME: 2:00 p.m.
              Plaintiff,                      )
14                                            )   NOTICE OF MOTIONS AND
    v.                                        )   MOTIONS:
15                                            )
                                              )   (1)   TO COMPEL SPECIFIC DISCOVERY;
16  **ARTURO MORENO, JR.**,                   )   (2)   SUPPRESS IMPERMISSIBLY
                                              )         SUGGESTIVE IDENTIFICATION;
17            Defendant.                      )   (3)   SUPPRESS EVIDENCE SEIZED IN
                                              )         VIOLATION OF THE FOURTH
18                                            )         AMENDMENT;
                                              )   (4)   DISMISS INDICTMENT DUE TO
19                                            )         IMPROPER GRAND JURY
                                              )         INSTRUCTION; AND
20                                            )   (5)   FOR LEAVE TO FILE FURTHER
                                              )         MOTIONS
21  _____   )   _____

22  TO:   KAREN HEWITT, UNITED STATES ATTORNEY, AND
          RANDY JONES, ASSISTANT UNITED STATES ATTORNEY:
23

24        PLEASE TAKE NOTICE that on June 2, 2008, at 2:00 p.m. or as soon thereafter as counsel

25  may be heard, the defendant, Arturo Moreno, Jr., by and through his counsel, Stephen D. Demik and

26  Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following

27

28                                                                                 08CR0546-RTB

motions.

**MOTIONS**

The defendant, Arturo Moreno, Jr., by and through his attorneys, StephenD. Demik and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

    (1)    To Compel Specific Discovery;
    (2)    Suppress Identification;
    (3)    Suppress Evidence Seized in Violation of the Fourth Amendment;
    (3)    Dismiss Indictment Due to Improper Grand Jury Instruction; and
    (4)    for Leave to File Further Motions

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

                                            Respectfully submitted,

Dated: May 20, 2008                          **STEPHEN D. DEMIK**
                                                      Federal Defenders of San Diego, Inc.
                                                       Attorneys for Mr. Moreno