FILED
2008 JUN 25 AM 9: 47
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____KMH_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0546-RTB |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHORTEN TIME** |
| ARTURO MORENO, JR., | ) | |
| Defendant. | ) | |

Motion to shorten time and to allow filing of defendant's motions, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant regarding the Motions in the above-entitled action be shortened to eleven (11) days, and that the matter be calendared for hearing on June 2, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard.

SO ORDERED.

DATE 6/24/08

NUNC-PRO-TUNC to 6/02/08

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE