1  **STEPHEN D. DEMIK**
   Cal. State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4

5  Attorneys for Mr. Moreno

6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10                         (**HONORABLE ROGER T. BENITEZ**)

11 UNITED STATES OF AMERICA,           )   Case No. **08CR0546-BEN**
                                       )   DATE:    September 15, 2008
12               Plaintiff,            )   TIME:    2:00 p.m.
                                       )   DEFENDANT'S NOTICE OF MOTIONS AND
13 v.                                  )   MOTIONS *IN LIMINE* AND TO:
                                       )   (1)  EXCLUDE HEARSAY STATEMENTS
14 **ARTURO MORENO, JR. (2)**,         )        ABOUT SUPPOSED FINANCIAL
                                       )        ARRANGEMENTS;
15               Defendant.            )   (2)  EXCLUDE 404(B) AND/OR 609 EVIDENCE;
                                       )   (3)  EXCLUDE ANY EXPERT TESTIMONY;
16                                     )   (4)  PREVENT A COPY OF THE INDICTMENT
                                       )        FROM BEING SUBMITTED DURING
17                                     )        DELIBERATIONS;
                                       )   (5)  ALLOW ATTORNEY-CONDUCTED VOIR
18                                     )        DIRE;
                                       )   (6)  DISCLOSE GRAND JURY TRANSCRIPTS;
19                                     )   (7)  PROVIDE A SEPARATE COPY OF THE
                                       )        JURY INSTRUCTIONS FOR EACH JUROR
20                                     )        DURING DELIBERATIONS;
                                       )   (8)  PROHIBIT IMPERMISSIBLE VOUCHING,
21                                     )        INCLUDING VOUCHING OF ANY
                                       )        COOPERATING WITNESS;
22                                     )   (9)  PRECLUDE EVIDENCE OF ANY POST-
                                       )        ARREST SILENCE;
23                                     )   (10) SEVER DEFENDANTS; AND
                                       )   (11) GRANT LEAVE TO FILE FURTHER
24                                     )        MOTIONS.
                                       )
25 _____)   _____

26 TO:  KAREN HEWITT, UNITED STATES ATTORNEY; AND
        RANDY JONES, ASSISTANT UNITED STATES ATTORNEY:
27

28      PLEASE TAKE NOTICE that, on April 1, at 9:00 a.m., or as soon thereafter as counsel may be heard,

1 Defendant Arturo Moreno, Jr., by and through her attorneys, Stephen D. Demik and Federal Defenders of San
2 Diego, Inc., will ask this Court to enter an order granting the following motions *in limine*.

### MOTIONS

Defendant Arturo Moreno, Jr., by and through her attorneys, Stephen D. Demik and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order:

(1) Excluding hearsay statements about supposed financial arrangements;

(2) Excluding 404(b) and/or 609 evidence;

(3) Excluding any expert testimony;

(4) Preventing a copy of the indictment from being submitted during deliberations;

(5) Allowing attorney-conducted voir dire;

(6) Disclosing grand jury transcripts;

(7) Providing a separate copy of the jury instructions for each juror during deliberations;

(8) Preclude Impermissible Vouching by the Government or its Witnesses During the Trial;

(9) Precluding Evidence of any post-arrest silence;

(10) Severing defendants; and

(11) Granting leave to file further motions.

These motions *in limine* are based upon the instant motions *in limine* and notice of motions *in limine*, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED:  September 8, 2008          */s/ Stephen D. Demik*
                                   **STEPHEN D. DEMIK**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Mr. Moreno, Jr.

```
                   UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 08cr0546-BEN |
| v. | ) | **CERTIFICATE OF SERVICE** |
| **ARTURO MORENO, JR. (2)**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Randy K Jones**
Randy.Jones2@usdoj.gov,efile.dkt.gc1@usdoj.gov,Stephanie.Delgadillo@usdoj.gov

Dated: September 8, 2008              */s/ Stephen D. Demik*
                                      STEPHEN D. DEMIK
                                      Federal Defenders of San Diego, Inc.
                                      225 Broadway, Suite 900
                                      San Diego, CA 92101-5030
                                      (619) 234-8467  (tel)
                                      (619) 687-2666  (fax)
                                      E-mail: Stephen_Demik@fd.org