**STEPHEN D. DEMIK**
California State Bar No. 221167
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467

Attorneys for Mr. Moreno

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0546-BEN |
| Plaintiff, | ) | DATE:   September 15, 2008 |
| v. | ) | TIME:    2:00 P.M. |
| | ) | **MOTION TO SHORTEN TIME** |
| **ARTURO MORENO, JR.(2),** | ) | |
| Defendant. | ) | |

   The above-named defendant, Mr. Moreno, by and through counsel, moves this Court for an order shortening time in the *Motions in Limine* to nine (9) days, to be heard September 15, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

> Counsel was unable to timely file the document due to counsel having been unable to get catch a flight back from Cuba the last week of August, 2008, due to a hurricane.  A copy will be submitted to the government.

                                                                Respectfully submitted,

                                                                */s/ Stephen D. Demik*

DATED:  September 8, 2008                    **STEPHEN D. DEMIK**
                                                                Federal Defenders of San Diego, Inc.

                                                                Attorneys for Mr. Moreno

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **ARTURO MORENO, JR. (2)**, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 08cr0546-BEN <br><br> **CERTIFICATE OF SERVICE** |

     Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Dated: September 8, 2008           */s/ Stephen D. Demik*  
                                                    STEPHEN D. DEMIK  
                                                    Federal Defenders of San Diego, Inc.  
                                                    225 Broadway, Suite 900  
                                                    San Diego, CA 92101-5030  
                                                    (619) 234-8467  (tel)  
                                                    (619) 687-2666  (fax)  
                                                    E-mail: Stephen_Demik@fd.org