**STEPHEN D. DEMIK**
California State Bar No.221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Mr. Moreno, Jr.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| UNITED STATES OF AMERICA, | CASE NO. **08CR0546-BEN** |
|---|---|
| Plaintiff, | DATE: September 16, 2008<br>TIME: 9:00 A.M. |
| v. | |
| **ARTURO MORENO, JR.**, | APPLICATION FOR ORDER PERMITTING DEFENSE COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM |
| Defendant. | |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY, AND
      RANDY JONES, ASSISTANT UNITED STATES ATTORNEY:

Defense counsel anticipates using electronic equipment during opening statements, during trial and in closing argument, specifically an "Elmo," laptop and/or projector. Therefore, counsel submits the instant Application for an Order to allow defense counsel to bring in the necessary electronic equipment into the courthouse for trial. If possible, counsel requests that his technological assistant be permitted to enter the courtroom prior to or during trial as needed to set up the equipment.       .

                          Respectfully submitted,

                          */s/ Stephen D. Demik*

Date: September 15, 2008    **STEPHEN D. DEMIK**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Moreno, Jr.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>            Plaintiff,                                  )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>ARTURO MORENO, JR.,                      )<br>                                                              )<br>            Defendant.                             )<br>_____) | Case No. 08cr0546-BEN<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Randy K Jones**
Randy.Jones2@usdoj.gov,efile.dkt.gc1@usdoj.gov,Stephanie.Delgadillo@usdoj.gov


Dated: September 15, 2008                               */s/ Stephen D. Demik*
                                                                         STEPHEN D. DEMIK
                                                                         Federal Defenders of San Diego, Inc.
                                                                         225 Broadway, Suite 900
                                                                         San Diego, CA 92101-5030
                                                                         (619) 234-8467  (tel)
                                                                         (619) 687-2666  (fax)
                                                                         E-mail: Stephen_Demik@fd.org